IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JERMAINE LAKEITH HUNT**                                                      **PLAINTIFF**

**VERSUS**                                       **CIVIL ACTION NO. 1:09-cv-131-HSO-JMR**

**DAVID ALLISON**                                                              **DEFENDANT**

## FINAL JUDGMENT

This matter came on to be heard on Plaintiff's Motion for Summary Judgment [34], Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment and for Qualified Immunity [43], [46], Plaintiff's Motion for Joinder [50], and Defendant's Motion to Strike [58]. The Court, after a full review and consideration of these Motions, Chief Magistrate Judge John M. Roper's Report and Recommendation [59], the related pleadings, the record as a whole, and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that Plaintiff's claims against Defendant are hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED,** this the 25th day of October, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE